Your Honor, this case presents two cases. America will pay $525,000 for a $50 million policy directory officer. Insurance issued by the National Union. And their coverage was denied. In 2003, he was arraigned by the same trial court. He was charged. As a result, America paid $5 million to the defense costs. And his insurance underneath the same procedure, I think you had to go to court. You had to go to court. And again, think about sitting there. This is the end. It's done. These are some of the clear cases that were filed at the same court. And there is a case filed by William Paul Schwab, who was a former predator on America. And therefore, he inherited the policy. And therefore, this case was uncovered. We do not maintain an additional court. And we do not maintain this court. The coverage is in its own case. Now, if there is a total of four more cases were filed in the very same court, and those four cases weren't covered, they were fined. Well, there's a little bit of a difference, right? If it's not been covered in trial for four years, who has to pay for that? You do. So, it's a total. You're also not in court. And you're also preparing to return. And since the extension, we're asking here that the court not only pay cases for the first decision, but also to cover the 14 years of your testimony, whether or not you deserve to be in the referendum in that instance. Of those four cases, we did three things in terms of paying the first testimony in the referendum. First, everyone in those four lenients wrote in separate cases, the four securities cases. Secondly, they were all shareholders of the referendum. And thirdly, unless they were the chief director or officer or the board of directors or officer of the referendum itself, those four cases were covered and they were fined. And on February 24th of 2003, the bandits found four years of simulation work on a motion drawn by an on-the-age lady, to design a disease for the betterment and expansion of a false job in the funds provided by the simulation fund. On February 24th, 2003, the union tried to force a response team to consolidate all the answers. 30 days later, on March 26th, the union wrote in a search report. Everybody was saying, well, look at the bandits. All the cases have been consolidated. Therefore, there's no coverage. There's two cases, as I said, that we didn't bear on. There's three cases. One case, in those cases, is considered in various ways to be unfair to the union, but it's what the union does when the union is in litigation with cases involving and converting an unfair reference. Sharon Bozer, the secretary of the service, thought it would be truly quite convincing to ignore and say, well, if they're cases, why not report them? And indeed, they were covered, but it's the information that the union covers that made them separate cases. It's what the union is doing now. One, the union comes to the union whose case can be either insured versus insured. In a similar case, in some certain cases, in both cases, there seems to be quite a ban there. They charge them a fair case, and in similar cases, there's a lot of information that the union can't do in a case that's in litigation. The law school, the state, the state's law school, does not do anything to the union that's in litigation with the state. Well, typically, you're in a case, you're quoted in a case, it's called the same subject matter, or there's a branch, a number of things for a case. In this case, in both cases, there's a lot of information that the union can't do in a case that's in litigation with the state. In a similar case, in both cases,  that the union can't do in a case that's in litigation with the state. I think you heard earlier that the question is, if you're serving a member of a case, you can question if one of these are cases being insured or from the district courts, and if there's a case being insured in a case that's in a non-court court, then obviously, if there's a member of your case being in a court, which is in the case of a family, family law school, which nobody's against, it's a case that's in insurance, it's a case that's in a non-court court, and we can question if your case, for instance, has been insured or from a school or a nursing institution, we can log in from the five cases for which we're clear and we can determine if there's a five-member case. And I think the sense I think that's very important. I see also in cases, it's a case that's being enforced, it's filed, but the insurer's not going to be here. It's not being insured in a law institution. It's Arizona, and I don't think it's being insured in Arizona law enforcement, in district courts, or it's being insured in the area. But there are some instances that it's very similar to. I mean, if you read this piece of paper, you see that there are certain firms that are possibly being insured if it's been insured in a different institution. But you have to read each of the four cases in order to see that there may be some people who are in your school's office and they have been insured to do one of these things and that the institution is fair. And under Arizona law, there should be no reason that you have to be insured in any insurer's case in those cases. But you need to know that if the insurer's not being wanted to address the situation that you're in here, under Arizona law, they don't do this. In most of the cases, five of them, it's in 2003, and one or more of them have also been insured in terms of favoritism. It doesn't really matter. A lot of you have seen multiple cases in terms of favoritism. And there are orders in case of also being insured in some cases and in others and there's no coverage. It's a unique situation that we have here. But you can't do that. And it's difficult. I hear you. I can't think of insurers who aren't involved in insurers parties or corporations and institutions. I mean, you can't imagine the instances where we've had a public offering that's purposefully insurer versus insurer situation. In any instance, what's important we can say here is that as long as there's multiple cases or five insurers reporting one of them also insured, then there's no coverage in the cases that are important to you in this situation. And so I'm wondering whether a bar code might have an answer in establishing eligibility for coverage by this committee that is there or perhaps is used for a totally independent  and independent coverage and an every and and and and and and  I didn't I didn't muh muh muh muh muh OK wuh wuh  wuh wuh  wuh wuh Wuh muh muh muh muh muh muh muh muh muh wuh muh much muh muh muh muh muh   muh muh muh muh muh muh muh muh       muh muh mah muh muh muh muh muh muh muh muh muh muh mus muh mm   muh muh muh muh muh muh muh muh muh muh muh muh muh   muh muh muh muh muh muh muh muh     muh muh muh muh muh muh muh a
judges: Farris, O'scannlain, Christen